United States Courts
Southern District of Texas
FILED
October 27, 2026
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NUMBER 4:26-cr-695** |
| | § | |
| **MOHAMMED OMAR HASSAN** | § | |
| **AKA DALHATU ALHAJI UMARU** | § | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
(Voting by Aliens – 18 U.S.C. § 611(a))

On or about November 5, 2024, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

MOHAMMED OMAR HASSAN
AKA DALHATU ALHAJI UMARU,

an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Presidential elector, Vice President, Member of the Senate, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

<u>COUNT TWO</u>
(Voting by Aliens – 18 U.S.C. § 611(a))

On or about November 8, 2022, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

MOHAMMED OMAR HASSAN
AKA DALHATU ALHAJI UMARU,

an alien, knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Presidential elector, Vice President, Member of the Senate, and Member of the House of Representatives.

In violation of Title 18, United States Code, Section 611(a).

AARON F. REITZ
UNITED STATES ATTORNEY

______________________________
LIESEL ROSCHER
JASON CORLEY
Assistant United States Attorney