UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER **4:26-cr-695** |
| | § | |
| MOHAMMED OMAR HASSAN | § | |
| AKA DALHATU ALHAJI UMARU | § | |

REQUEST FOR ISSUANCE OF SUMMONS

COMES NOW the United States of America, by and through Aaron F. Reitz, United States Attorney, and Liesel Roscher and Jason Corley, Assistant United States Attorneys for the Southern District of Texas, and requests this Honorable Court order issuance of a SUMMONS for defendant:

MOHAMMED OMAR HASSAN
AKA DALHATU ALHAJI UMARU,

A Criminal Information has been filed against the defendant, and it is requested that a summons be issued for the appearance of the defendant to the following address:

**10542 Farmingham Drive**
**Houston, Texas 77099**

Respectfully submitted this the 27th day of October 2026.

Liesel Roscher
Jason Corley
Assistant United States Attorneys