United States District Court
Southern District of Texas
**ENTERED**
October 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER **4:26-cr-695** |
| | § | |
| MOHAMMED OMAR HASSAN | § | |
| AKA DALHATU ALHAJI UMARU | § | |

## ORDER FOR ISSUANCE OF SUMMONS

A CRIMINAL INFORMATION has been filed against the defendant who is not in custody.

It is ORDERED that a summons be issued for the appearance of said defendant in the Southern District of Texas – Houston Division, on November 17, 2026, at 2:00 P.M. Upon appearance, a judicial determination shall be made as to conditions of release.

The United States Government will make a recommendation on conditions of release which will include, but not be limited to, standard conditions such as no further violations of laws, no international travel, and requests that the defendant surrender his passport to probation.

It is further ORDERED that SUMMONS be issued for the appearance of said defendant is to be served at the following address:

**10542 Farmingham Drive**
**Houston, Texas 77099**

Signed at Houston, Texas, on October 27, 2026.

Yvonne Y. Ho
UNITED STATES MAGISTRATE JUDGE